UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EMANUEL DASH,

                Plaintiff,                JUDGMENT
                                              18-CV-2427 (PKC)(RER)

   -against-

THE CITY OF NEW YORK,
DETECTIVE RONALD MONTAS SH.#6795,
DETECTIVE CHRISTIAN HOELL,
DETECTIVE NEWELL LAIRD,
DETECTIVE WILLIE JOHNSON SH.#4446,

                Defendants.
------------------------------------------------------------ X

        An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on July 17, 2018, granting Defendants' motion to dismiss this matter finding that it is duplicative of Dash v. Montas, et al., Case No. 1:17-cv-515; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; that to the extent Plaintiff seeks to bring new claims based on the same facts underlying this and the 2017 case, Plaintiff must seek leave from Judge Reyes to amend the complaint in No. 17-cv-515 and that this case is closed.

Dated: Brooklyn, NY                                                        Douglas C. Palmer
       July 18, 2018                                                   Clerk of Court

                                                          By:   */s/Jalitza Poveda*
                                                                    Deputy Clerk